IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT LOREN FEBACH, a/ka/ Robert L. Ferbkai,<br><br>Defendant. | PO 23-5037-GF-JTJ<br><br>ORDER RE-SETTING SHOW CAUSE HEARING |

Upon the motion of the Defendant, Robert Febach, (Doc. 18) and with good cause shown, IT IS HEREBY ORDERED that the Show Cause Hearing is RESET for December 6, 2023 at 10:00 a.m. before Chief Judge Brian Morris.

DATED this 27th day of November, 2023.

_____
John Johnston
United States Magistrate Judge